UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MENDOZA, et. al.<br><br>Defendants. | NO. CR05-5504FDB<br>Order Re: 2nd Motion to Continue PTM Deadline For All Parties |

**Order**

Mr. Mendoza moves the Court to extend the pretrial motions cut-off for all parties from 9/14/2005 to 10/5/2005. All parties, including the Government, stipulate to the same. Good cause exists to extend the deadline in light of the defendants' need to review additional discovery, which has not yet been produced.

//

//

//

//

Order Continuing PTM

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

1
2  Accordingly, the Court GRANTS the motion.  The new Pretrial Motions Cut-off for all
3  defendants is 10/5/2005.
4   Entered this 15th day of September, 2005.
5
6
7
8  FRANKLIN D. BURGESS
   UNITED STATES DISTRICT JUDGE
9  Presented By:
10 /s/_____
   Phil Brennan; Date:  9/14/05
11 Atty for Def. Mendoza
   We stipulate to this motion:
12
13 /s/ per email ok
   Linda Sullivan
14 Date:  9/14/05
   Atty for Def. McIlwain
15
   /s/ per phone ok
16 Chuck Johnson
   Date:  9/14/05
17 Atty for Def. Barragan
18
   /s/ per email ok            /s/ per email ok
19 Roger Hunko;                Keith Macfie
   Date:  9/13/05              Dated: 9/13/05
20 Atty for Def. Penn          Atty for Def. Miller
21 /s/ per email ok            /s/ per phone ok
   Michael Schwartz            Gregory Gruber
22 Date: 9/14/05               Date:  9/13/05
   Atty for Def. Winans        AUSA
23

Order Continuing PTM

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881